[No. 23853-5-II.    Division Two.    March 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD PATRICK STARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01530-8, Terry D. Sebring, J., entered September 11, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.

[No. 23888-8-II.    Division Two.    March 3, 2000.]

TRUCK INSURANCE EXCHANGE, *Appellant*, v. VANPORT HOMES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-00786-6, Robert L. Harris, J., entered September 18, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23892-6-II.    Division Two.    March 3, 2000.]

PATRICK A. HATCH, *Appellant*, v. SHAWNA LAREE GIBSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-03715-9, Bryan Edward Chushcoff, J., entered September 10, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 24242-7-II.    Division Two.    March 3, 2000.]

DEASHUNDA WILLIAMS, *Appellant*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02371-5, Daniel J. Berschauer, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld, J. Now published at 100 Wn. App. 330.